# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 14-124 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| ARLENE JEAN DUNCAN, | |
| Defendant. | |

_____

Deidre Aanstad, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for the plaintiff.

Douglas Olson, Assistant Federal Defender, **OFFICE OF THE FEDERAL DEFENDER,** 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, it is **ORDERED**:

That Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure, [Docket No. 31], is **DENIED**.

Dated: October 23, 2014       s/John R. Tunheim
at Minneapolis, Minnesota       JOHN R. TUNHEIM
                                        United States District Judge